1 | MICHAEL J. LYONS (SBN 202284) | J. DAVID HADDEN (SBN 176418)
DION M. BREGMAN (SBN 208393) | DARREN DONNELLY (SBN 194335)
2 | MORGAN, LEWIS & BOCKIUS LLP | CAROLYN CHANG (SBN 217933)
2 Palo Alto Square | DAVID LACY KUSTERS (SBN 241335)
3 | 3000 El Camino Real, Suite 700 | MICHAEL DAVIS-WILSON (SBN 259790)
Palo Alto, CA  94306-2122 | FENWICK & WEST LLP
4 | Telephone:  650.843.4000 | Silicon Valley Center
Facsimile:  650.843.4001 | 801 California Street
5 | E-mail: mlyons@morganlewis.com | Mountain View, CA  94041
E-mail: dbregman@morganlewis.com | Telephone:  650.988.8500
6 | | Facsimile:  650.938.5200
| E-mail: dhadden@fenwick.com
7 | Attorneys for Plaintiff | E-mail: ddonnelly@fenwick.com
PAYMENTONE CORPORATION | E-mail: cchang@fenwick.com
8 | | E-mail: dlacykusters@fenwick.com
| E-mail: mdaviswilson@fenwick.com

Attorneys for Defendant
ZONG, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAYMENTONE CORPORATION, a Delaware corporation, | Case No. 3:11-cv-02186-CRB |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE A STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS** |
| v. | |
| ZONG, INC., a Delaware corporation, | |
| Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:11-CV-02186-CRB

1  *Whereas,* the deadline for the parties to file a Stipulation and Proposed Order Selecting ADR Process is currently August 3, 2011;

3  *Whereas,* PaymentOne has circulated a draft Stipulation and Proposed Order Selecting ADR Process;

5  *Whereas,* the parties have tentatively agreed to participate in private mediation, but are unable at this time to agree upon the deadline by which to hold the private mediation session;

7  *Whereas*, the parties hope they will reach agreement on a deadline to participate in ADR by August 5, 2011;

9  *Whereas*, PaymentOne has requested an extension of the Initial Case Management Conference, which this Court previously granted;

11  *Whereas*, the parties do not believe that an extension of the deadline to file the Stipulation and Proposed Order Selecting ADR Process will affect the Court's schedule for this case;

13  *Therefore,* the Parties hereby stipulate and move the Court to extend the deadline to file the Stipulation and Proposed Order Selecting ADR Process until August 5, 2011.

*So Stipulated.*

Dated: August 3, 2011                Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Dion M. Bregman
   Dion M. Bregman
   Attorneys for Plaintiff
   PAYMENTONE CORPORATION

Dated: August 3, 2011                FENWICK & WEST LLP

By /s/ Carolyn Chang
   Carolyn Chang
   Attorneys for Defendant
   ZONG, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:11-CV-02186-CRB

**FILER'S ATTESTATION**

I, Dion M. Bregman, am the ECF user whose identification and password are being used to file this Joint Stipulation and [Proposed] Order Extending the Deadline to File a Stipulation and Proposed Order Selecting ADR Process. In compliance with General Order 45.X.B, I hereby attest that Carolyn Chang concurs in this filing.

Dated: August 3, 2011

By /s/ Dion M. Bregman
Dion M. Bregman
Attorneys for Plaintiff
PAYMENTONE CORPORATION

*PURSUANT TO STIPULATION, IT IS SO ORDERED:*

Dated: August ___4__, 2011

_____
The Honorable Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*