MICHAEL J. LYONS (SBN 202284)
DION M. BREGMAN (SBN 208393)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: 650.843.4000
Facsimile: 650.843.4001
E-mail: mlyons@morganlewis.com
E-mail: dbregman@morganlewis.com

Attorneys for Plaintiff
PAYMENTONE CORPORATION

J. DAVID HADDEN (SBN 176418)
DARREN DONNELLY (SBN 194335)
CAROLYN CHANG (SBN 217933)
DAVID LACY KUSTERS (SBN 241335)
MICHAEL DAVIS-WILSON (SBN 259790)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200
E-mail: dhadden@fenwick.com
E-mail: ddonnelly@fenwick.com
E-mail: cchang@fenwick.com
E-mail: dlacykusters@fenwick.com
E-mail: mdaviswilson@fenwick.com

Attorneys for Defendant
ZONG, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAYMENTONE CORPORATION, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ZONG, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. 3:11-cv-02186-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE A DISCOVERY PLAN** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:11-CV-02186-CRB

DB2/ 22621559.1

*Whereas,* the deadline for the parties to file a Discovery Plan under Federal Rule of Civil Procedure 26(f) is currently August 17, 2011;

*Whereas,* the deadline for the parties to file a Joint Case Management Statement is August 26, 2011;

*Whereas,* PaymentOne has circulated a draft Joint Case Management Statement and Rule 26(f) Report, and the parties expect to reach agreement on all issues contained therein by August 26, 2011;

*Whereas,* PaymentOne has requested an extension of the Initial Case Management Conference, and the parties have requested an extension of the deadline to file the Stipulation and Proposed Order Selecting ADR Process, both of which this Court previously granted;

*Whereas,* the parties do not believe that an extension of the deadline to file a Discovery Plan will affect the Court's schedule for this case;

*Therefore,* the Parties hereby stipulate and move the Court to extend the deadline to file a Discovery Plan until August 26, 2011.

**So Stipulated.**

Dated: August 17, 2011

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Dion M. Bregman
    Dion M. Bregman
    Attorneys for Plaintiff
    PAYMENTONE CORPORATION

Dated: August 17, 2011

FENWICK & WEST LLP

By /s/ Carolyn Chang
    Carolyn Chang
    Attorneys for Defendant
    ZONG, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:11-CV-02186-CRB

DB2/ 22621559.1

### FILER'S ATTESTATION

I, Dion M. Bregman, am the ECF user whose identification and password are being used to file this Joint Stipulation and [Proposed] Order Extending the Deadline to File a Stipulation and Proposed Order Selecting ADR Process. In compliance with General Order 45.X.B, I hereby attest that Carolyn Chang concurs in this filing.

Dated: August 17, 2011

By /s/ Dion M. Bregman
Dion M. Bregman
Attorneys for Plaintiff
PAYMENTONE CORPORATION

*PURSUANT TO STIPULATION, IT IS SO ORDERED:*

Dated: August __19__, 2011

The Honorable _____
United _____



MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22621559.1