MICHAEL J. LYONS (SBN 202284)
DION M. BREGMAN (SBN 208393)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 EI Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone:   650.843.4000
Facsimile:   650.843.4001
Email: mlyons@morganlewis.com
Email: dbregman@morganlewis.com

Attorneys for Plaintiff
PAYMENTONE CORPORATION

J. DAVID HADDEN (SBN 176418)
DARREN DONNELLY (SBN 194335)
CAROLYN CHANG (SBN 217933)
DAVID LACY KUSTERS (SBN 241335)
MICHAEL DAVIS-WILSON (SBN 259790)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:   650.938.5200
Email: dhadden@fenwick.com
Email: ddonnelly@fenwick.com
Email: cchang@fenwick.com
Email: dlacykusters@fenwick.com
Email: mdaviswilson@fenwick.com

Attorneys for Defendant
ZONG, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAYMENTONE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZONG, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:11-cv-02186-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to this Court's Order Setting Case Management Conference (Dkt 13-1) and Civil L.R. 6-1(b) and 6-2, Plaintiff PaymentOne Corporation ("PaymentOne") and Defendant Zong, Inc. ("Zong") hereby stipulate to reschedule the initial case management conference and request the Court enter an order resetting the date for it. Concurrent with this filing, PaymentOne has agreed to a second extension of time for Zong to answer or otherwise respond to PaymentOne's Complaint, and the parties are filing a stipulation to extend Zong's deadline to answer or otherwise respond to the Complaint until September 21, 2011. Under these circumstances, the parties agree that rescheduling the initial case management conference to be after Zong's response to the Complaint would lead to a more efficient use of judicial resources and orderly management and scheduling of the case. As such, the parties hereby stipulate to extend the deadline to file the Joint Case Management Statement and Rule 26(f) Report until September 23, 2011. The parties further stipulate to continue the initial Case Management Conference and respectfully request that the court enter an order rescheduling it to a date and time convenient for the Court on or about September 30, 2011.

As with the second extension of time for Zong to answer or otherwise respond to the Complaint, PaymentOne agrees to this stipulation on the condition that further extensions will not be sought, and Zong has agreed that it will not request any further extensions to the initial case management deadlines from PaymentOne or the Court.

Dated: August 26, 2011

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Dion M. Bregman
Dion M. Bregman
Attorneys for Plaintiff
PAYMENTONE CORPORATION

Dated: August 26, 2011

FENWICK & WEST LLP

By: /s/ Darren Donnelly
Darren Donnelly
Attorneys for Defendant
ZONG, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**ATTORNEY ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Darren Donnelly, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of August 2011, at Mountain View, California.

/s/ Darren Donnelly
Darren Donnelly

**[PROPOSED] ORDER**

*PURSUANT TO STIPULATION, IT IS SO ORDERED*:

Initial Case Management Conference rescheduled to September  30 , 2011 at 8:3a.m.

Dated: August 29, 2011



The Honorable Charles R. Breyer
United States District Court Judge
Northern District of California

STIPULATION TO RESCHEDULE CMC    3    CASE NO. 3:11-cv-02186-CRB