MICHAEL J. LYONS (SBN 202284)
DION M. BREGMAN (SBN 208393)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: 650.843.4000
Facsimile: 650.843.4001
E-mail: mlyons@morganlewis.com
E-mail: dbregman@morganlewis.com

Attorneys for Plaintiff
PAYMENTONE CORPORATION

J. DAVID HADDEN (SBN 176418)
DARREN DONNELLY (SBN 194335)
CAROLYN CHANG (SBN 217933)
DAVID LACY KUSTERS (SBN 241335)
MICHAEL DAVIS-WILSON (SBN 259790)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200
E-mail: dhadden@fenwick.com
E-mail: ddonnelly@fenwick.com
E-mail: cchang@fenwick.com
E-mail: dlacykusters@fenwick.com
E-mail: mdaviswilson@fenwick.com

Attorneys for Defendant
ZONG, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PAYMENTONE CORPORATION, a Delaware corporation,

    Plaintiff,

v.

ZONG, INC., a Delaware corporation,

    Defendant.

Case No. 3:11-cv-02186-CRB

**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**

Pursuant to this Court's Order Setting Case Management Conference (Dkt No. 13-1) and Civil L.R. 6-1(b) and 6-2, Plaintiff PaymentOne Corporation ("PaymentOne") and Defendant Zong, Inc. ("Zong") hereby stipulate to reschedule the initial case management conference and request the Court enter an order resetting the date for it.

Currently, the initial case management conference in this case is scheduled for September 30, 2011. *See* Dkt. No. 25. However, due to scheduling conflicts (including Rosh Hashana, the Jewish New Year), PaymentOne's trial counsel is unable to attend the initial case management conference as required by Civil L.R. 16-10(a). As a result, the parties agree that rescheduling the initial case management conference would lead to a more efficient use of judicial resources and orderly management and scheduling of the case. As such, the parties hereby stipulate to continue the initial case management conference and respectfully request that the court enter an order rescheduling it to a date and time convenient for the Court on or about October 7, 2011.

Dated: September 23, 2011

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Dion M. Bregman
Dion M. Bregman
Attorneys for Plaintiff
PAYMENTONE CORPORATION

Dated: September 23, 2011

FENWICK & WEST LLP

By /s/ Darren Donnelly
Darren Donnelly
Attorneys for Defendant
ZONG, INC.

**FILER'S ATTESTATION**

I, Dion M. Bregman, am the ECF user whose identification and password are being used to file this Joint Stipulation and [Proposed] Order Extending the Deadline to File a Stipulation and Proposed Order Selecting ADR Process. In compliance with General Order 45.X.B, I hereby attest that Darren Donnelly concurs in this filing.

Dated: September 23, 2011

By /s/ Dion M. Bregman
Dion M. Bregman
Attorneys for Plaintiff
PAYMENTONE CORPORATION

*PURSUANT TO STIPULATION, IT IS SO ORDERED:*

The case management conference continued to October 7, 2011 at 8:30 a.m..

Dated: September __27__, 2011

The Honorable Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:11-CV-02186-CRB