| | |
|---|---|
| MICHAEL J. LYONS (SBN 202284) <br> DION M. BREGMAN (SBN 208393) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 2 Palo Alto Square <br> 3000 El Camino Real, Suite 700 <br> Palo Alto, CA 94306-2122 <br> Telephone: 650.843.4000 <br> Facsimile: 650.843.4001 <br> E-mail: mlyons@morganlewis.com <br> E-mail: dbregman@morganlewis.com <br><br> Attorneys for Plaintiff <br> PAYMENTONE CORPORATION | J. DAVID HADDEN (SBN 176418) <br> DARREN DONNELLY (SBN 194335) <br> CAROLYN CHANG (SBN 217933) <br> DAVID LACY KUSTERS (SBN 241335) <br> MICHAEL DAVIS-WILSON (SBN 259790) <br> FENWICK & WEST LLP <br> Silicon Valley Center <br> 801 California Street <br> Mountain View, CA 94041 <br> Telephone: 650.988.8500 <br> Facsimile: 650.938.5200 <br> E-mail: dhadden@fenwick.com <br> E-mail: ddonnelly@fenwick.com <br> E-mail: cchang@fenwick.com <br> E-mail: dlacykusters@fenwick.com <br> E-mail: mdaviswilson@fenwick.com <br><br> Attorneys for Defendant <br> ZONG, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAYMENTONE CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ZONG, INC., a Delaware corporation, <br><br> Defendant. | Case No. 3:11-cv-02186-CRB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

1  Pursuant to this Court's Order Setting Case Management Conference (Dkt No. 13-1) and
2  Civil L.R. 6-1(b) and 6-2, Plaintiff PaymentOne Corporation ("PaymentOne") and Defendant
3  Zong, Inc. ("Zong") hereby stipulate to reschedule the initial case management conference and
4  request the Court enter an order resetting the date for it.

5  Currently, the initial case management conference in this case is scheduled for September
6  30, 2011. *See* Dkt. No. 25. However, due to scheduling conflicts (including Rosh Hashana, the
7  Jewish New Year), PaymentOne's trial counsel is unable to attend the initial case management
8  conference as required by Civil L.R. 16-10(a). As a result, the parties agree that rescheduling the
9  initial case management conference would lead to a more efficient use of judicial resources and
10 orderly management and scheduling of the case. As such, the parties hereby stipulate to continue
11 the initial case management conference and respectfully request that the court enter an order
12 rescheduling it to a date and time convenient for the Court on or about October 7, 2011.

14 Dated: September 23, 2011                    Respectfully submitted,

15                                              MORGAN, LEWIS & BOCKIUS LLP

17                                              By /s/ Dion M. Bregman
                                                   Dion M. Bregman
                                                   Attorneys for Plaintiff
18                                                 PAYMENTONE CORPORATION

20 Dated: September 23, 2011                    FENWICK & WEST LLP

21                                              By /s/ Darren Donnelly
                                                   Darren Donnelly
                                                   Attorneys for Defendant
22                                                 ZONG, INC.

28
MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:11-CV-02186-CRB

**FILER'S ATTESTATION**

I, Dion M. Bregman, am the ECF user whose identification and password are being used to file this Joint Stipulation and [Proposed] Order Extending the Deadline to File a Stipulation and Proposed Order Selecting ADR Process. In compliance with General Order 45.X.B, I hereby attest that Darren Donnelly concurs in this filing.

Dated: September 23, 2011

By /s/ Dion M. Bregman
Dion M. Bregman
Attorneys for Plaintiff
PAYMENTONE CORPORATION

*PURSUANT TO STIPULATION, IT IS SO ORDERED:*

The case management conference continued to October 7, 2011 at 8:30 a.m..

Dated: September __27__, 2011

The Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2     JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:11-CV-02186-CRB