| | |
|---|---|
| DANIEL JOHNSON, JR. (SBN 57409) | J. DAVID HADDEN (SBN 176148) |
| MICHAEL J. LYONS (SBN 202284) | DARREN DONNELLY (SBN 194335) |
| DION M. BREGMAN (SBN 208393) | CAROLYN CHANG (SBN 217933) |
| MORGAN, LEWIS & BOCKIUS LLP | DAVID LACY KUSTERS (SBN 241335) |
| 2 Palo Alto Square | MICHAEL DAVIS-WILSON (SBN 259790) |
| 3000 El Camino Real, Suite 700 | FENWICK & WEST LLP |
| Palo Alto, CA  94306-2122 | Silicon Valley Center |
| Telephone:  650.843.4000 | 801 California Street |
| Facsimile:  650.843.4001 | Mountain View, CA  94041 |
| E-mail: djjohnson@morganlewis.com | Telephone:  650.988.8500 |
| E-mail: mlyons@morganlewis.com | Facsimile:  650.938.5200 |
| E-mail: dbregman@morganlewis.com | E-mail: dhadden@fenwick.com |
| | E-mail: ddonnelly@fenwick.com |
| | E-mail: cchang@fenwick.com |
| Attorneys for Plaintiff | E-mail: dlacykusters@fenwick.com |
| PAYMENTONE CORPORATION | E-mail: mdaviswilson@fenwick.com |
| | |
| | Attorneys for Defendant |
| | ZONG, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAYMENTONE CORPORATION, a Delaware corporation, | Case No. 3:11-cv-02186-CRB |
| Plaintiff, | **JOINT STATUS UPDATE REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| ZONG, INC., a Delaware corporation, | |
| Defendant. | |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

JOINT STATUS UPDATE REGARDING CONSENT TO
PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE
CASE NO. 3:11-CV-02186-CRB

1  In accordance with the provisions of Title 28, U.S.C. Section 636(c), and pursuant to this Court's Order at the Initial Case Management Conference held on October 7, 2011, *see* Dkt. No. 33, Plaintiff PaymentOne Corporation and Defendant Zong, Inc. have met and conferred regarding the reassignment of this matter to an agreed-upon United States Magistrate Judge. The parties agree to consent to proceed before a United States Magistrate Judge that is mutually agreeable to both parties to conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. However, at this time the parties are unable to reach agreement on the particular Magistrate Judge to conduct all further proceedings. Therefore, the parties request additional time to continue meet and confer efforts and will further update the Court by October 21, 2011 regarding the status of the consent to proceed before a United States Magistrate Judge.

The parties also wish to inform the Court that because the Joint Case Management Statement has not been entered, no scheduling order has been entered for this case.

Dated: October 14, 2011        Respectfully submitted,

                               MORGAN, LEWIS & BOCKIUS LLP


                               By /s/ Dion M. Bregman
                                   Dion M. Bregman
                                   Attorneys for Plaintiff
                                   PAYMENTONE CORPORATION


Dated: October 14, 2011        FENWICK & WEST LLP

                               By /s/ Darren Donnelly
                                   Darren Donnelly
                                   Attorneys for Defendant
                                   ZONG, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STATUS UPDATE REGARDING CONSENT TO
PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE
CASE NO. 3:11-CV-02186-CRB

## FILER'S ATTESTATION

I, Dion M. Bregman, am the ECF user whose identification and password are being used to file this Joint Status Update Regarding Consent to Proceed Before A United States Magistrate Judge. In compliance with General Order 45.X.B, I hereby attest that Darren Donnelly concurs in this filing.

Dated: October 14, 2011                                     By /s/ Dion M. Bregman
                                                                                 Dion M. Bregman
                                                                                 Attorneys for Plaintiff
                                                                                 PAYMENTONE CORPORATION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STATUS UPDATE REGARDING CONSENT TO
PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE
CASE NO. 3:11-CV-02186-CRB