1  DANIEL JOHNSON, JR. (SBN 57409)
   MICHAEL J. LYONS (SBN 202284)
2  DION M. BREGMAN (SBN 208393)
   MORGAN, LEWIS & BOCKIUS LLP
3  2 Palo Alto Square
   3000 El Camino Real, Suite 700
4  Palo Alto, CA  94306-2122
   Telephone:  650.843.4000
5  Facsimile:   650.843.4001
   E-mail: djjohnson@morganlewis.com
6  E-mail: mlyons@morganlewis.com
   E-mail: dbregman@morganlewis.com
7

8  Attorneys for Plaintiff
   PAYMENTONE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAYMENTONE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZONG, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:11-cv-02186-CRB<br><br>**PAYMENTONE'S CLARIFICATION TO THE FURTHER JOINT STATUS UPDATE REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

PAYMENTONE'S CLARIFICATION TO THE
FURTHER JOINT STATUS UPDATE REGARDING
CONSENT TO PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE
CASE NO. 3:11-CV-02186-CRB

Plaintiff PaymentOne Corporation ("PaymentOne") hereby submits this Clarification to the parties' October 21, 2011 Further Joint Status Update Regarding Consent to Proceed Before a United States Magistrate Judge. *See* Dkt. No. 36.

To avoid any ambiguity, PaymentOne clarifies that its compromise proposal to have the Honorable Charles R. Breyer select the United States Magistrate Judge to conduct all further proceedings in this case was <u>expressly conditioned upon Defendant Zong, Inc.'s ("Zong") agreement to the same</u>. This proposal was expressly rejected by Zong.

Accordingly, PaymentOne clarifies that the parties remain unable to reach agreement on the particular Magistrate Judge to conduct all further proceedings in this case.

Dated: October 23, 2011                           Respectfully submitted,

                                                    MORGAN, LEWIS & BOCKIUS LLP

                                                    By /s/ Dion M. Bregman
                                                        Dion M. Bregman
                                                        Attorneys for Plaintiff
                                                        PAYMENTONE CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

PAYMENTONE'S CLARIFICATION TO THE
FURTHER JOINT STATUS UPDATE REGARDING
CONSENT TO PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE
CASE NO. 3:11-CV-02186-CRB