UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYMENTONE CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>ZONG, INC.,<br><br>    Defendant. | Case No.: C-11-02186-YGR<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO STRIKE PROPOSED TERMS** |

On March 6, 2012, the parties filed a Joint Letter in which Plaintiff PaymentOne Corporation requests that the Court "strike Song's newly-added and newly-changed" claim terms. (Dkt. No. 61.) Having carefully considered the letter brief submitted and the necessity of having a productive *Markman* hearing focused on the critical issues in this case, Plaintiff's request is **DENIED.**

The parties shall meet and confer regarding any amendments to the schedule which may be necessary to avoid any prejudice to either party. To the extent necessary, the parties shall submit a joint stipulation to the Court regarding the same.

This Order terminates Dkt. No. 61.

**IT IS SO ORDERED.**

Dated: March 9, 2012

                                                **YVONNE GONZALEZ ROGERS**
                                                **UNITED STATES DISTRICT COURT JUDGE**