1  Katherine K. Lutton (SBN 194971 / lutton@fr.com)
   Keeley I. Vega (SBN 259928 / kvega@fr.com)
2  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
3  Redwood City, California 94063
   Telephone: (650) 839-5070
4  Facsimile: (650) 839-5071

5  Juanita R. Brooks (SBN 75934 / brooks@fr.com)
   FISH & RICHARDSON P.C.
6  12390 El Camino Real
   San Diego, California 92130
7  Telephone: (858) 678-5070
   Facsimile: (858) 678-5099
8
   Attorneys for Defendant
9  ZONG, INC.

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13 | PAYMENTONE CORPORATION,        | Case No. 5:11-cv-02186-YGR
   | a Delaware corporation,        |
14 |                                | **UNOPPOSED MOTION FOR ORDER**
   |         Plaintiff,             | **PERMITTING WITHDRAWAL AND**
15 |                                | **SUBSTITUTION OF COUNSEL**
   |         v.                     | **PURSUANT TO CIV. L.R. 7-11 AND 11-5**
16 |                                |
   | ZONG, INC., a Delaware corporation, |
17 |                                |
   |         Defendant.             |
18

## MOTION

Defendant Zong, Inc. hereby moves the Court for an order permitting the withdrawal of its counsel of record, J. David Hadden, Darren Donnelly, Carolyn Chang, David M. Lacy Kusters and Michael Davis-Wilson of Fenwick & West LLP, and the appearance of substitute counsel, Juanita R. Brooks, Katherine K. Lutton and Keeley I. Vega of Fish & Richardson P.C., on its behalf in this action.

Zong, Inc., Fenwick & West LLP, and Fish & Richardson P.C. consent to such withdrawal and substitution of counsel.

Accordingly, Zong, Inc. respectfully requests that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this case be directed to the following:

Katherine K. Lutton (SBN 194971)
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
E-mail: lutton@fr.com

Keeley I. Vega (SBN 259928)
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
E-mail: kvega@fr.com

Juanita R. Brooks (SBN 75934)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
E-mail: brooks@fr.com

Plaintiff PaymentOne Corporation does not oppose this Motion.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained for the other signatory in this e-filed document.

Dated: April 18, 2012

FISH & RICHARDSON P.C.

By: /s/ Keeley I. Vega
    Keeley I. Vega

Attorneys for Defendant
ZONG, INC.

Dated: April 18, 2012

FENWICK & WEST LLP

By: /s/ David M. Lacy Kusters
    David M. Lacy Kusters