Katherine K. Lutton (SBN 194971/lutton@fr.com)
Keeley I. Vega (SBN 259928/vega@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Juanita R. Brooks (SBN 75934/brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Indranil Mukerji (appearing *pro hac vice*/mukerji@fr.com)
FISH & RICHARDSON P.C.
1425 K Street, N.W., Suite 1100
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Stephen A. Marshall (appearing *pro hac vice*/smarshall@fr.com)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Attorneys for Defendant
ZONG, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAYMENTONE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZONG, INC., a Delaware corporation,<br><br>Defendant. | Case No. 4:11-cv-02186-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE PARTY** |

Case No. 4:11-cv-02186-YGR

Pursuant to Rules 15(a)(2) and 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff PaymentOne Corporation and Defendant Zong, Inc. hereby stipulate to the substitution of PayPal, Inc. as Defendant in place of Defendant Zong, Inc., subject to the approval of the Court. In support of this stipulation, the parties state as follows.

1. Plaintiff's Complaint names Zong, Inc. as a Defendant in this action.

2. Effective January 1, 2012, Zong, Inc. merged with and into PayPal, Inc.

3. Pursuant to the merger, PayPal, Inc. is the successor-in-interest to all of the debts and liabilities of Zong, Inc.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained for the other signatories in this e-filed document.

Dated: April 30, 2012         FISH & RICHARDSON P.C.

                              By: /s/ Keeley I. Vega
                                  Keeley I. Vega
                                  Attorneys for Defendant
                                  ZONG, INC. and PAYPAL, INC.

Date: April 27, 2012          COLT / WALLERSTEIN LLP

                              By: [signature]
                                  Doug Colt
                                  Attorneys for Plaintiff
                                  PAYMENTONE CORPORATION

                              NIRO, HALLER & NIRO

                              By: /s/ Matthew G. McAndrews
                                  Matthew G. McAndrews (*pro hac vice pending*)
                                  Attorneys for Plaintiff
                                  PAYMENTONE CORPORATION

2
STIPULATION AND [PROPOSED] ORDER TO
SUBSTITUTE PARTY
Case No. 4:11-cv-02186-YGR

**[PROPOSED] ORDER**

Before the Court is the Stipulation by Plaintiff PaymentOne Corporation and Defendant Zong, Inc. to Substitute Party.  Having considered the Stipulation, and finding that good cause exists and the relief sought is justified, it is hereby ORDERED that PayPal, Inc. be submitted in place of Defendant Zong, Inc. in the above-captioned case.  The case caption will hereby reflect this party substitution.

Dated: _____       _____
                                     UNITED STATES DISTRICT COURT JUDGE

50844267.doc