UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAYMENTONE CORPORATION,

    Plaintiff,

vs.

PAYPAL, INC.,

    Defendant.

Case No.: 11-cv-02186-YGR

**ORDER TO SHOW CAUSE REGARDING PARTIES' FAILURE TO SUBMIT PROPOSED SCHEDULE AND SETTING COMPLIANCE HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

On April 25, 2012, the parties indicated they would be meeting and conferring regarding a new schedule for the tutorial and claim construction hearing in this action. (Dkt. No. 76.) Despite their indication that a proposed schedule would be filed as soon as possible, the parties have not done so.

An Order to Show Cause/Compliance Hearing regarding a proposed schedule shall be held on Friday, June 1, 2012 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) their stipulated proposed schedule for the tutorial and claim construction hearing; or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: May 15, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**