| | |
|---|---|
| Matthew G. McAndrews *(Pro Hac Vice)*<br>mmcandrews@nshn.com<br>Kara L. Szpondowski *(Pro Hac Vice)*<br>kszpondowski@nshn.com<br>Oliver D. Yang *(Pro Hac Vice)*<br>oyang@nshn.com<br>Ashley LaValley *(Pro Hac Vice)*<br>alavalley@nshn.com<br>NIRO, HALLER & NIRO<br>181 W. Madison St., Suite 4600<br>Chicago, Illinois  60602<br>Telephone:  (312) 236-0733<br>Facsimile:  (312) 236-3137<br><br>Attorneys for Plaintiff,<br>PAYMENTONE CORPORATION | Katherine K. Lutton (SBN 194971)<br>lutton@fr.com<br>Keeley I. Vega (SBN 259928)<br>kvega@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Juanita R. Brooks (SBN 75934)<br>brooks@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Indranil Mukerji *(Pro Hac Vice)*<br>mukerji@fr.com<br>Stephen A. Marshall *(Pro Hac Vice)*<br>smarshall@fr.com<br>FISH & RICHARDSON P.C.<br>1425 K Street, N.W., Suite 1100<br>Washington, DC 20005<br>Telephone: (202) 783-5070<br>Facsimile: (202) 783-2331<br><br>Attorneys for Defendant,<br>PAYPAL, INC. |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PAYMENTONE CORPORATION,<br>a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PAYPAL, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 4:11-cv-02186-YGR<br><br>**JOINT MOTION FOR ENTRY OF AN ORDER REFLECTING THE STIPULATION OF DISMISSAL** |

1

PAYMENTONE CORP.  v. PAYPAL, INC.                                    JOINT MOTION FOR ENTRY OF AN ORDER
Case No. 4:11-cv-02186                                               REFLECTING THE STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 4l(a), plaintiff and counterclaim defendant PaymentOne Corporation ("PaymentOne") and defendant and counter claimant PayPal, Inc. ("PayPal"), parties to this legal action, by and through their attorneys, do hereby jointly move for an order approving their stipulation as follows:

l. All claims and counterclaims against PaymentOne are dismissed without prejudice.

2. All remaining claims and counterclaims against PayPal are dismissed with prejudice.

3. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal.

4. The Court may enter an Order adopting this Stipulation of Dismissal and Proposed Order Thereon as the Order of the Court.

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained for the other signatories in this e-filed document.

Dated: January 22, 2014

NIRO, HALLER & NIRO

By: */s/ Matthew G. McAndrews*
Matthew G. McAndrews
*Attorneys for Plaintiff,*
PAYMENTONE CORPORATION

FISH & RICHARDSON P.C.

By: */s/ Katherine K. Lutton*
Katherine K. Lutton
*Attorneys for Defendant,*
PAYPAL, INC.

3

PAYMENTONE CORP. v. PAYPAL, INC.                                     JOINT MOTION FOR ENTRY OF AN ORDER
Case No. 4:11-cv-02186                                               REFLECTING THE STIPULATION OF DISMISSAL