# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

PAYMENTONE CORPORATION,
a Delaware corporation,

    Plaintiff,

    v.

PAYPAL, INC., a Delaware corporation,

    Defendant.

Case No. 4:11-cv-02186-YGR

## [~~PROPOSED~~] ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a), plaintiff and counterclaim defendant PaymentOne Corporation ("PaymentOne") and defendant and counter claimant PayPal, Inc. ("PayPal"), parties to this legal action, by and through their attorneys, jointly moved for an order approving their stipulation. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

1.    All claims and counterclaims against PaymentOne are dismissed without prejudice.

2.    All remaining claims and counterclaims against PayPal are dismissed with prejudice; and

3.    Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal.

Dated: February 14, 2014

*[signature]*
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge